GERARD HATZIDAKIS, Appellant, v NEW YORK CITY HOUSING AUTHORITY et al., Respondents.

Submitted August 20, 2001; decided October 23, 2001

Motion for leave to appeal dismissed as untimely (*see*, CPLR 5513 [b]).

In the Matter of ANDREW G. MALONEY (Admitted as ANDREW GERALD EARDLEY MALONEY), an Attorney, Appellant. GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT, Respondent.

Submitted October 9, 2001; decided October 23, 2001

Motion for leave to appeal dismissed as untimely (*see*, CPLR 5513 [b]).

Judge SMITH taking no part.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD T. MORGAN, Appellant, v CHARLES GREINER et al., Respondents.

Submitted September 4, 2001; decided October 23, 2001

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion from the judgment of Supreme Court (*see*, CPLR 5602). Motion for poor person relief dismissed as academic.